

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,985-01 & 91,985-02

### EX PARTE TRACY PAUL TAYLOR, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NO. 1094960-A & 1129516-A IN THE 337TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted in two cases of aggravated sexual assault of a child under 14 and sentenced to seventy years' imprisonment on each case. The First Court of Appeals affirmed his convictions. *Taylor v. State*, No. 01-07-00801-CR (Tex. App.—Houston [1st Dist.] Jan. 26, 2012). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On March 24, 2020, the trial court entered an order designating issues. The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand these applications to the trial court to complete its evidentiary

investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: December 16, 2020

Do not publish